IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
MENDESI LAMONT FORTE            )
and SHARKA SMOUTHERSON,         )
                                )
      Plaintiffs,               )
                                )
      v.                        )       1:06CV00023
                                )
DETECTIVE P.O. TIERNEY,         )
DETECTIVE M.S. SELLERS,         )
and DETECTIVE J.P. McCLASKEY,   )
                                )
      Defendants.               )
```

ORDER and JUDGMENT

OSTEEN, District Judge

For the reasons set forth in the memorandum opinion entered contemporaneously herewith,

IT IS ORDERED AND ADJUDGED that Defendants' Amended Motion to Dismiss [8] is granted without prejudice.

IT IS FURTHER ORDERED AND ADJUDGED that Defendants' Motion for Judgment on the Pleadings [6] is denied as moot.

This the 11th day of July 2006.

_____
United States District Judge